Court affirming the judgment of conviction on the fifth count is dismissed for want of jurisdiction. § 237 (a), Judicial Code, as amended by the Act of February 13, 1925 (43 Stat. 936, 937). Treating the papers whereon that appeal was allowed as a petition for writ of certiorari as required by § 237 (c) of the Judicial Code (43 Stat. 936, 938), certiorari is granted. *Messrs. Joseph F. Rutherford* and *Hayden C. Covington* for appellants. *Messrs. William L. Hadden, Edwin S. Pickett, Francis A. Pallotti,* Attorney General of Connecticut, *Richard F. Corkey,* Assistant Attorney General, and *Luke H. Stapleton* for appellee.

No. 730. FRIEDMAN *v.* MARKENDORF, CHAIRMAN, ET AL.

March 4, 1940. *Per Curiam:* The appeal is dismissed for want of a substantial federal question. *Gardner* v. *Massachusetts,* 305 U. S. 559; *Gray* v. *Connecticut,* 159 U. S. 77; *Roschen* v. *Ward,* 279 U. S. 337; *Semler* v. *Dental Examiners,* 294 U. S. 608, 611. *Mr. John H. Chandler* for appellant.

No. 10, original, October Term, 1935. WYOMING *v.* COLORADO. Argued February 26, 27, 1940. Order entered March 4, 1940. The motion of the State of Wyoming for leave to file a petition for a rule directing the State of Colorado to appear and show cause why it should not be adjudged in contempt for the violation of a decree of this Court is granted. The petition presented is ordered filed, and the State of Colorado is directed to show cause, as aforesaid, on or before March 25, 1940. The motion of the State of Colorado that evidence be taken to determine the amount of return flow to the Laramie

River from the diversions at the headgates of the meadow-land ditches is denied. *Mr. Ewing T. Kerr,* Attorney General of Wyoming, with whom *Messrs. Harold I. Bacheller,* Deputy Attorney General, *Arthur Kline,* Assistant Attorney General, *James A. Greenwood,* and *W. J. Wehrli* were on the brief, for the complainant. *Mr. Byron G. Rogers,* Attorney General of Colorado, with whom *Messrs. Ralph L. Carr,* Governor, *Henry E. Lutz,* Deputy Attorney General, *Shrader P. Howell,* Assistant Attorney General, *Albert P. Fischer, Robert G. Smith, Lawrence R. Temple, Clifford H. Stone,* and *Jean S. Breitenstein* were on the brief, for the defendant.

No. —, original. Ex parte JAMES A. LOVVORN. March 4, 1940. Motion for leave to file petition for writ of habeas corpus denied.

No. —, original. PENNSYLVANIA *v.* NEW JERSEY ET AL. Argued February 26, 1940. Order entered March 4, 1940. Motion for leave to file a bill of complaint granted and process ordered to issue returnable March 25 next. *Mr. Wm. A. Schnader,* with whom *Mr. Claude T. Reno,* Attorney General of Pennsylvania, was on the brief, for the complainant. *Mr. John W. Ockford,* Assistant Attorney General of New Jersey, for the State of New Jersey; and *Mr. Egbert Rosecrans,* with whom *Mr. Robert B. Meyner* was on the brief, for Bessie Colburn et al., defendants.

No. 2, original. WISCONSIN ET AL. *v.* ILLINOIS ET AL.;
No. 3, original. MICHIGAN ET AL. *v.* ILLINOIS ET AL.; and
No. 4, original. NEW YORK ET AL. *v.* ILLINOIS ET AL. March 4, 1940. The return to the rule to show cause is